Rebecca Grey (Bar No. 194940)
grey@greylaw-sf.com
THE GREY LAW FIRM, PC
177 Post Street, Suite 750
San Francisco, CA 94108
Telephone: (415) 262-9926
Facsimile: (415) 262-9981

Attorneys for Plaintiff
PAUL LOPEZ

Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LOPEZ, | Case No. 4:17-cv-06607-RS |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Complaint Filed: November 16, 2017 |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff PAUL LOPEZ and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorney fees and costs.

/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

164166.1

Case No. 4:17-cv-06607-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: June 11, 2018

Rebecca Grey
THE GREY LAW FIRM, PC


By: */s/ Rebecca Grey*
    Rebecca Grey
    Attorneys for Plaintiff
    PAUL LOPEZ


Dated: June 11, 2018

Anna M. Martin
Grant E. Ingram
MESERVE, MUMPER & HUGHES LLP


By: */s/ Grant E. Ingram*
    Grant E. Ingram
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

## FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

164166.1

2

Case No. 4:17-cv-06607-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:17-cv-06607-RS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: 6/14/18

Hon. Richard Seeborg
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

164166.1

3

Case No. 4:17-cv-06607-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER